United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY RAMIREZ,

Plaintiff,

v.

DICK'S SPORTING GOODS, INC.,

Defendant.

Case No. 26-cv-00260-RS

**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF FOR CLARIFICATION OF COURT ORDER ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Having considered Defendant's Motion for Administrative Relief For Clarification of the Court's June 23, 2026 Order on Defendant Dick's Sporting Goods, Inc.'s Motion to Compel Arbitration (the "Motion"), which Plaintiff does not oppose, *see* Dkt. 24,[1] and good cause appearing, IT IS HEREBY ORDERED that:

The Court's June 23, 2026 Order is CLARIFIED to reflect that Defendant's Motion is HELD IN ABEYANCE, pending resolution of the factual dispute.

[1] Plaintiff's request for additional clarification, striking portions of the Order on Defendant's Motion to Compel Arbitration, is denied at this time.

**IT IS SO ORDERED**.

Dated: July 2, 2026

_____
RICHARD SEEBORG
United States District Judge

<< SHORT ORDER TITLE >>
CASE No. 26-cv-00260-RS

2